1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant
   JAVIER HERNANDEZ
6

**FILED**

APR 1 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        CASE NO. CR-10-00823 JW
11
                 Plaintiff,         STIPULATION RE TRAVEL
12                                  OUTSIDE OF NORTHERN
        vs.                         DISTRICT OF CALIFORNIA
13                                  AND [proposed] ORDER THEREON
   JAVIER HERNANDEZ,
14
                 Defendant.
15

16      It is hereby stipulated by and between counsel for the UNITED STATES
17 OF AMERICA, THOMAS COLTHURST, and counsel for Defendant JAVIER
18 HERNANDEZ, JERRY Y. FONG, ESQ., that Defendant JAVIER HERNANDEZ be
19 allowed to travel to Stockton, California, on April 13, 2011, and returning the
20 same day.  Defendant will be attending the funeral of a family member.
21      The pretrial services officer, Gelareh Garahmand, has no objection to this
22 travel.
23      IT IS SO STIPULATED.
24
25 DATED: April 12, 2011           CAREY & CAREY
26
27
                                   /s/
28                                 JERRY Y. FONG, Attorney for
                                   Defendant JAVIER HERNANDEZ

DATED: __4/12__, 2011       UNITED STATES OF AMERICA,


                            _____/s/_____
                            THOMAS COLTHURST
                            Assistant United States Attorney


### ORDER

GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, it is hereby ordered that the Defendant, JAVIER HERNANDEZ may travel to Stockton, California, on April 13, 2011, returning the same day.

IT IS SO ORDERED.

DATED: __4/12__, 2011       _____Paul S. Grewal_____
                            MAGISTRATE JUDGE ~~HOWARD R. LLOYD~~
                            UNITED STATES DISTRICT COURT   PAUL S. GREWAL