JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant JAVIER ANTONIO HERNANDEZ

IT IS SO ORDERED
Paul S. Grewal
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MANUEL VILLA, GUSTAVO ) <br> COLIN LOPEZ, and JAVIER ) <br> ANTONIO HERNANDEZ, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO.   CR-10-00823 EJD <br><br> STIPULATION OF THE PARTIES FOR MODIFICATION OF DEF. JAVIER HERNANDEZ'S PRETRIAL RELEASE CONDITION SO THAT HE CAN TRAVEL TO AND FROM SAN JOAQUIN COUNTY TO VISIT HIS DAUGHTER AND PROPOSED ORDER RE SAME. |

The United States of America and Defendant Javier Hernandez hereby jointly stipulate to the modification of Mr. Hernandez's pretrial release condition, to permit him to travel to and from San Joaquin County to visit his baby daughter.

Mr. Hernandez is currently released on pretrial release conditions which include the restriction that he shall not travel outside the Northern District of California without prior court permission. Mr. Hernandez's baby daughter is residing in the San Joaquin County with her mother. Mr. Hernandez and his daughter's mother both want him to visit his daughter more regularly. Because his daughter's mother works full-time, it is difficult for her to bring their daughter to the San Jose area so that Mr. Hernandez can visit with his daughter on a regular basis. According, Mr. Hernandez is respectfully requesting that the Court modify his

1  pretrial release conditions so that he can travel to and from San Joaquin County in order to
2  visit his daughter.
3       Pretrial Services is aware of Mr. Hernandez's request and it supports this application.

7  DATED:  April 27, 2011                    /S/
                                             JERRY Y. FONG, Attorney for Defendant
8                                            JAVIER ANTONIO HERNANDEZ

11 DATED: April 27, 2011                     /S/
                                             THOMAS COLTHURST, Assistant United
12                                           States Attorney for Plaintiff UNITED STATES
                                             OF AMERICA

15                          [~~PROPOSED~~] ORDER

16       Pursuant to the parties' stipulation and good cause appearing herein, it is hereby
17 ordered that Defendant Javier Antonio Hernandez's pretrial release conditions are modified
18 so that he can travel to and from San Joaquin County to visit his daughter.  He shall not travel
19 to and from San Joaquin County for any other purpose without the Court's prior approval.
20 All other conditions of his pretrial release shall remain in effect.

23 DATE: 6/8/2011                            _____
                                             JUDGE OF THE UNITED STATES
24                                           DISTRICT COURT