1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant JAVIER ANTONIO HERNANDEZ

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA,       )    CASE NO.   CR-10-00823 FNL
12                                 )
         Plaintiff,                )    STIPULATION OF THE PARTIES
13                                 )    TO CONTINUE THE SENTENCING
   vs.                             )    HEARING OF DEFENDANT JAVIER
14                                 )    HERNANDEZ, WITH
   MANUEL VILLA, GUSTAVO           )    ORDER RE SAME.
15 COLIN LOPEZ, and JAVIER         )
   ANTONIO HERNANDEZ,              )
16                                 )
         Defendants.                )
17 _____)

18       The United States of America and Defendant Javier Hernandez hereby jointly stipulate

19 to request that the Court continue the sentencing hearing of Mr. Hernandez, from March 29,

20 2012, to April 48, 2012, at 10:00 a.m.  This request is made because the defense just acquired

21 some pertinent information which could significantly affect Mr. Hernandez' sentencing and

22 will be a short period of time to investigate and make use of this information.

23       The probation department has been advised of this request and it does not have any

24 objections.

25

26 DATED: March 26, 2012                    /S/
                                            _____
                                            JERRY Y. FONG, Attorney for Defendant
27                                          JAVIER ANTONIO HERNANDEZ

28

DATED: March 26, 2012

/S/
THOMAS COLTHURST, Assistant United States Attorney for Plaintiff UNITED STATES OF AMERICA

[] ORDER

Pursuant to the parties' stipulation and good cause appearing herein, it is hereby ordered that the sentencing hearing for Defendant Javier Antonio Hernandez shall be continued from March 29, 2012, to April 48, 2012, at 10:00 a.m. It is so ordered.

DATE: HDˋ ƉFG



APPROVED
Judge D. Lowell Jensen