JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant JAVIER ANTONIO HERNANDEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   CR-10-00823 FNL |
| Plaintiff, ) | STIPULATION OF THE PARTIES TO CONTINUE THE SENTENCING HEARING OF DEFENDANT JAVIER HERNANDEZ, FROM 4/26/12 TO 5/10/12, & [] ORDER. |
| vs. ) | |
| MANUEL VILLA, GUSTAVO COLIN LOPEZ, and JAVIER ANTONIO HERNANDEZ, ) | |
| Defendants. ) | |

The United States of America and Defendant Javier Hernandez hereby jointly stipulate to request that the Court continue the sentencing hearing of Mr. Hernandez, from April 26, 2012, to May 10, 2012, at 10:00 a.m. This request is made because counsel for the defendant needs additional time to file the defendant's sentencing memorandum and related documents due to his having been tied up last week with the preparation of a petition for certiorari to the United States Supreme Court. In addition, counsel for the defendant will be out of town on business on May 3, 2012. The probation department has been advised of this request and it does not have any objections.

DATED: April 23, 2012           /S/
                                JERRY Y. FONG, Attorney for Defendant
                                JAVIER ANTONIO HERNANDEZ

1
2
3  DATED: April 23, 2012                /S/
                                       THOMAS COLTHURST, Assistant United
4                                      States Attorney for Plaintiff UNITED STATES
                                       OF AMERICA
5
6
7                                [] ORDER

8    Pursuant to the parties' stipulation and good cause appearing herein, it is hereby
9  ordered that the sentencing hearing for Defendant Javier Antonio Hernandez shall be
10 continued from April 26, 2012, to May 10, 2012, at 10:00 a.m.  It is so ordered.

11
12
13 DATE: [illegible]                    _____
                                       JUDGE OF THE UNITED STATES
14                                     DISTRICT COURT
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
STIPULATION TO CONTINUE SENTENCING HEARING FROM 4/26/12 TO 5/10/12 & [PROPOSED] ORDER